IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HARRIETT ROSS | § | |
| VS. | § | CIVIL ACTION NO. 2:05cv312 |
| STATE OF TEXAS | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case.  Petitioner filed objections to the Report, a motion in response to the Report, and a motion for change of venue.

This Court made a *de novo* review of Petitioner's objections, motion in response to the Report, and motion for change of venue and determined that Petitioner's objections lack merit. This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED this 6th day of October, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE